**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

TONYA J. MOORE                          *
                                        *
              Plaintiff,                *
v.                                      *          No. 3:20-cv-00298-JJV
                                        *
KILOLO KIJAKAZI,                        *
Acting Commissioner,                    *
Social Security Administration,         *
                                        *
              Defendant.                *

## <u>ORDER AND JUDGMENT</u>

Defendant filed an unopposed Motion to Remand this case (Doc. No. 18) pursuant to

sentence four of 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand to conduct further proceedings and states opposing

counsel has no objection to the requested remand.   Under the circumstances, a "sentence four"

remand is appropriate.   *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

Accordingly, the Commissioner's decision is reversed and remanded for action consistent

with this opinion.   This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g)

and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 27th day of September 2021.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE